# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 13, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143398

DAVID MARSH,

       Plaintiff-Appellant,

v

                                           SC: 143398

                                           CoA: 304685

PAROLE BOARD,

       Defendant-Appellee.

_____

       On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of July 18, 2011, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 13, 2011 _____

jam                                         Clerk